IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVE STRELECKI,** <br><br> Plaintiff, <br><br> **vs.** <br><br> **P&B CAPITAL GROUP, LLC,** <br><br> Defendant. | **Civil Action No. 3:19-cv-01939-RDM** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Answer to the Complaint** has been served upon counsel of record via ECF on this 12th day of November, 2019.

                                                        */s/ Andrew M. Schwartz*
                                                        Andrew M. Schwartz