# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Steve Strelecki,<br>    Plaintiff<br><br>v.<br><br>P&B Capital Group, LLC,<br>    Defendant | Docket 3:19-cv-01939-RDM<br><br>(JUDGE ROBERT D. MARIANI)<br><br><br>FILED ELECTRONICALLY |

## STATUS REPORT

On November 14, 2019, this Court ordered Plaintiff to file within 30 days a written report regarding service. (See Dkt. Entry 5.) Defendant agrees that it was served on October 28, 2019. (See Dkt. Entry 1, ¶ 2.)

s/ Carlo Sabatini
Carlo Sabatini, PA 83831
Attorney for Plaintiff
Sabatini Freeman, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email: ecf@bankruptcypa.com

## CERTIFICATE OF SERVICE

The undersigned verifies that the within document is being served upon counsel for the defendant through the CM/ECF system.

s/ Carlo Sabatini
Carlo Sabatini
