IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE STRELECKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P&B CAPITAL GROUP, LLC,<br><br>　　　　　Defendant. | Civil Action No. 3:19-cv-01939<br><br>**STIPULATION OF DISMISSAL** |

It is hereby stipulated and agreed by and between counsel for Plaintiff, Steve Strelecki and Defendant, P&B Capital Group, LLC, that the above-entitled action is hereby dismissed against Defendant, P&B Capital Group, LLC, with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: April 1, 2020.

Respectfully submitted,

 _/s/ Andrew M. Schwartz_　　　　　　　　/s/ Carlo Sabatini
Andrew M. Schwartz　　　　　　　　　　Carlo Sabatini
Gordon & Rees Scully Mansukhani　　　　Sabatini Freeman, LLC
Three Logan Square　　　　　　　　　　216 N. Blakely Street
1717 Arch Street, Suite 610　　　　　　　Dunmore, PA 18512
Philadelphia, PA 19103　　　　　　　　　(570) 341-9000
(215) 717-4023　　　　　　　　　　　　ecf@bankruptcypa.com
amschwartz@grsm.com　　　　　　　　　*Attorney for Plaintiff*
*Attorney for Defendant*

*So ORDERED this _____ day of April, 2020.*

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　*Robert D. Mariani, USDJ*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2020, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

*/s/ Andrew M. Schwartz*
Andrew M. Schwartz
